## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: CATHERINE M. CRAWFORD | ) | 06 B 14224 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Judge SQUIRES |

### NOTICE OF WITHDRAWAL

CATHERINE M. CRAWFORD            ZULUTSKY & PINSKI
9870 WESTCLIFF PARKWAY #1226     20 N. CLARK ST. #600
WESTMINISTER, CO 80021           CHICAGO, IL 60602

    Please take notice that Docket #31 the Chapter 13 Final Report and Account issued on April 11, 2011 is being withdrawn. Dismissal was vacated and the case was reopened.
    I certify that this office caused a copy of this notice to be delivered to the above listed persons by depositing it in the U.S. Mail on May 17, 2011.

/S/ _____
Carol A. Fox
For Glenn Stearns, Trustee

Glenn Stearns, Trustee
4343 Commerce Court, Suite 120
Lisle, IL 60532
630-577-1313